ACCEPTED
03-14-00428-CV
5471712
THIRD COURT OF APPEALS
AUSTIN, TEXAS
5/29/2015 1:49:20 PM
JEFFREY D. KYLE
CLERK

NO. 03-14-00428-CV

_____

IN THE COURT OF APPEALS
FOR THE THIRD JUDICIAL DISTRICT AUSTIN, TEXAS

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
5/29/2015 1:49:20 PM
JEFFREY D. KYLE
Clerk

_____

LAKECROFT, LTD., *et al*.
Appellants

v.

RANDAL H. ADAMS, *et al*.
Appellees

_____

UNOPPOSED MOTION FOR EXPEDITED
ISSUANCE OF MANDATE

_____

This appeal involves title, and specifically whether Appellants or Appellees own certain lands along the edge of Canyon Lake, subject to a flowage easement in favor of the government. The trial court granted summary judgment that Appellees own the subject interest. On December 18, 2014, this Court issued a memorandum opinion affirming that final summary judgment. Appellants filed a petition for review from that decision, which the Supreme Court denied on May 1, 2015. The time has now passed for a motion for rehearing to be filed. The case is therefore final.

Appellees respectfully move that this Court issue its mandate on an expedited basis. Once the mandate is issued, Appellees can file it and the trial court's judgment in the deed records in order to quiet title as to the disputed interest. That will resolve the substantial uncertainty of title that has existed since Appellants first claimed the disputed interest. Appellants do not oppose this motion.

1215325

Respectfully submitted,

SCOTT, DOUGLASS & MCCONNICO, L.L.P.
600 Congress Avenue, Suite 1500
Austin, Texas 78701-2589
(512) 495-6300
(512) 474-0731 Fax

By: */s/ Jane Webre*
      Jane Webre
      State Bar No. 21050060
      jwebre@scottdoug.com

GOODE CASSEB JONES
RIKLIN CHOATE & WATSON, P.C. P.O.
Box 120480
San Antonio, Texas 78212-9680
(210) 733-6030
(210) 733-0330 Facsimile

By: /s/ *Fred R. Jones*
      Fred R. Jones
      State Bar No. 10886700
      jones@goodelaw.com
      Aaron M. Barton
      State Bar No. 24059430
      barton@goodelaw.com

Law Office of Stephanie S. Bascon, PLLC
297 W. San Antonio St.
New Braunfels, Texas 78130
(830) 625-2940
(830) 221-3441 Facsimile

By: /s/ *Stephanie S. Bascon*
      Stephanie S. Bascon
      State Bar No. 19356850
      sbascon@att.net

2

1215325

## CERTIFICATE OF CONFERENCE

I certify that counsel for Appellees contacted counsel for Appellants, Stephen G. Peters, who stated that Appellants do not oppose the relief sought through this motion.

*/s/ Jane Webre*

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing has been served on the following counsel of record May 29, 2015, through the electronic filing system and e-mail:

John Fahle
Fahle Law Firm
1502 S. Flores
San Antonio, Texas 78204
Jfahle3@aol.com

Stephen G. Peters
Peters Law Firm
1715 Wyoming Ave.
El Paso, Texas 79902
stephengpeters@hotmail.com

*/s/ Jane Webre*

3

1215325